No. 92–1643. LIPPERT v. DELTA AIR LINES, INC., ET AL. Sup. Ct. Fla. Certiorari denied.

No. 92–1645. CITY OF LOS ANGELES v. JACKSON. C. A. 9th Cir. Certiorari denied.

No. 92–1648. RICHARDS, GOVERNOR OF TEXAS, ET AL. v. ALBERTI ET AL. C. A. 5th Cir. Certiorari denied.

No. 92–1650. CENTURY CENTRE PARTNERS, LTD. v. FEDERAL DEPOSIT INSURANCE CORPORATION. C. A. 9th Cir. Certiorari denied.

No. 92–1655. DISTRICT OF COLUMBIA v. HANSFORD ET AL. Ct. App. Md. Certiorari denied.

No. 92–1659. XYZ CORP. ET AL. v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 92–1661. WINKLEMAN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–1682. LARISCEY v. UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 92–1712. WIGGINS v. VALENCIA. C. A. 5th Cir. Certiorari denied.

No. 92–1713. LORAIN BOARD OF EDUCATION ET AL. v. OHIO DEPARTMENT OF EDUCATION. C. A. 6th Cir. Certiorari denied.

No. 92–1718. HAMILTON TAFT & Co. v. FEDERAL EXPRESS CORP. ET AL. C. A. 9th Cir. Certiorari denied.

No. 92–1720. BRADY ET AL. v. NEW YORK ET AL. Ct. App. N. Y. Certiorari denied.

No. 92–1723. ORANGE COUNTY POLITICAL COALITION ET AL. v. ORANGE COUNTY, FLORIDA, BOARD OF COUNTY COMMISSIONERS, ET AL. C. A. 11th Cir. Certiorari denied.